

**Calanish Gulley**
August 11, 2016

I wasn't playing.....its imperative we as adults help in any way we can to see our children be prepared for the road to success .....100 #No Child Left Behind





**Calanish Gulley**
August 11, 2016

Almost done operation Successful youth in third stage...100. #No Child Left Behind.. 1503 Harrison ave Sw.....

