UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CASE NO. 5:17-cr-00493-1 |
| Plaintiff, : | ORDER |
| v. : | |
| JESSE GULLEY, : | |
| Defendant. : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

In June 2021, this Court issued an order denying Defendant Gulley's 28 U.S.C. § 2255 motion.[1]

In April 2022, Defendant Gulley filed a motion asking the Court to vacate its earlier decision.[2]

The Court **ORDERS** the government to respond to Defendant Gulley's motion within 28 days of this order.

IT IS SO ORDERED.

Dated: July 18, 2022        *s/ James S. Gwin*
                            JAMES S. GWIN
                            UNITED STATES DISTRICT JUDGE

---

[1] Doc. 144.
[2] Doc. 149.